WILLIAM HOUGH, Appellant, *v.* HENRY DOERSCH, Respondent.

Submitted January 8, 1940; decided March 5, 1940.

*Harold Y. MacCartney* for motion.

*Alton W. Teale* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.